PD-1278-15

PD-1278-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/25/2015 3:54:16 PM
Accepted 9/30/2015 12:17:50 PM
ABEL ACOSTA
CLERK

PD._____

# IN THE COURT OF CRIMINAL APPEALS
## FOR THE
## STATE OF TEXAS

**PERRY ELLIS MAYFIELD**

**V.**                    **Appeals No. 04-14-00274-CR**

**THE STATE OF TEXAS**

## MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL

APPEALS:

COMES NOW, ANGELA MOORE, counsel for PERRY ELLIS MAYFIELD, and files this motion asking that the Court extend the time for filing the Appellant's petition for discretionary review, and in support thereof, offers the following:

I.

a.    This case is on appeal from the 79TH District Court of Brooks County, Texas.

b.    The style and number of the cases in the trial court are *The State of Texas v. PERRY ELLIS MAYFIELD*, Cause Number 11-07-10728-CR.

c.    The Appellant was convicted by the Court of the offense of murder.

d.    Punishment was assessed by the jury at 30 years confinement in the Texas Department of Criminal Justice – Institutional

Division.

e.  The style and number of the cases in the Fourth Court of Appeals are *PERRY ELLIS MAYFIELD v. State of Texas*, Appeal Number 04-14-00274-CR.

f.  The Fourth Court of Appeals affirmed Appellant's conviction and sentence in an upublished opinion on August 26, 2015.

g.  The present deadline for filing the Appellant's Petition for Discretionary Review is September 25, 2015.

h.  The Appellant seeks an extension of time of 60 days, suggesting a new due date of October 26, 2015.

i.  This is the Appellant's first request for an extension of time to file the Appellant's petition for discretionary review.

II.

This extension is not sought for the purpose of delaying this appeal, but for the following reasons:

Angela Moore was hired for the purpose of filing the Petition for Discretionary review on September 25, 2015, the final day for it to be filed. The appellant's wife contacted Ms. Moore at the last minute due to a lack of communication with the attorney who handled Mr. Mayfield's appeal, Carlos A. Garcia. Mrs. Mayfield indicated that she contacted Mr. Garcia, via text message, on August 27, 2015 asking what the next move would be. Mr. Garcia told her that he had not received the information and would let her know. Mrs. Mayfield continued to text Mr. Garcia for the next 3 weeks with no response. She began calling his office the last few days of the third week, after the opinion issued, with no answer and no return calls. Yesterday, September 24, 2015, Mr. Garcia finally called Mrs. Mayfield and informed her he was quitting and not filing a Petition for Discretionary Review on her husband's behalf.

For the reasons outlined above, as well as to allow Ms. Moore adequate time to review the record, the briefs filed by the Appellant and Appellee, and the Court's opinion, Ms. Moore respectfully requests the Court grant her an extension of 60 days to file the Petition for

Discretionary Review.

### III.

A criminal appellant, just like a criminal defendant at trial, is entitled to the adequate and effective assistance of counsel. *Evitts v. Lucey*, 469 U.S. 387, 396 (1985); *Ward v. State*, 740 S.W. 2d 794 (Tex.Crim.App. 1987). In order to be able to accurately identify and effectively brief all the potential issues presented in this case, counsel for Appellant needs additional time to review the record and conduct the necessary research to adequately prepare Appellant's Petition for Discretionary Review. This request is made pursuant to Tex. R. App. P. 68.2 (c).

### IV.

Therefore, for the above reasons, Counsel for Appellant prays that the Court grant an extension of time to November 24, 2015, for filing of the Appellant's Petition for Discretionary Review.

Respectfully Submitted,

ANGELA J. MOORE
State Bar. No. 14320110
310 S. St. Mary's Suite 1830
San Antonio, Texas 78205
Tel. (210) 364-0013
Cell (210) 227-4450
Fax (210) 855-1040
amoorelaw2014@gmail.com
*Counsel for Appellant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing Motion for Extension has been delivered to the Carlos Omar Garcia, Brooks County District Attorney's Office, P.O. Box 283, Falurrias, Texas 78355, on September 25, 2015.

ANGELA J. MOORE